# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| MICHAEL BULLOCK, | : No. 96 EM 2014 |
| Petitioner | : |
| v. | : |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE, KIMBERLY A. BARKLEY, BOARD SECRETARY, (IN HER OFFICIAL AND PERSONAL CAPACITY), OFFICE OF THE SECRETARY, 1101 S. FRONT STREET, HARRISBURG, PA 17104-2519, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of September, 2014, the Application for Leave To File Original Process is **GRANTED** and the Petition for Writ of Habeas Corpus is **DENIED**.